```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 11655
   TERRY L STEPPES
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2253


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/29/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was dismissed after confirmation 05/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG         .00            .00        7738.58
LITTON LOAN SERVICING    MORTGAGE ARRE    34753.30            .00            .00
LITTON LOAN SERVICING    UNSECURED        NOT FILED           .00            .00
IL STATE DISBURSEMENT UN PRIORITY              .00            .00            .00
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED           .00            .00
ACCLAIM FINANCIAL SERVIC UNSECURED        NOT FILED           .00            .00
CAPITAL ONE              UNSECURED         1398.91            .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED          565.55            .00            .00
B-REAL LLC               UNSECURED         2499.37            .00            .00
FIRST PREMIER BANK       UNSECURED        NOT FILED           .00            .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED          333.08            .00            .00
HOUSEHOLD AUTOMOTIVE FIN UNSECURED        NOT FILED           .00            .00
IL DEPT OF HEALTHCARE    UNSECURED        NOT FILED           .00            .00
MELVIN J KAPLAN          UNSECURED        NOT FILED           .00            .00
PIERCE & ASSOC           NOTICE ONLY      NOT FILED           .00            .00
PIERCE & ASSOC           NOTICE ONLY      NOT FILED           .00            .00
RJM AQUISITIONS FUNDING  UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         1093.01            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         1459.77            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         9477.90            .00            .00
NICOR GAS                UNSECURED         1405.28            .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON      NOTICE ONLY      NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED          602.22            .00            .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      306.33            .00         306.33
ILLINOIS DEPT OF REVENUE FILED LATE            .00            .00            .00
ILLINOIS DEPT OF REVENUE FILED LATE            .00            .00            .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      3,500.00                           .00
TOM VAUGHN               TRUSTEE                                          550.09
DEBTOR REFUND            REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11655 TERRY L STEPPES
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 8,595.00

PRIORITY                                            306.33
SECURED                                           7,738.58
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                550.09
DEBTOR REFUND                                          .00
                    ---------------       ---------------
TOTALS                  8,595.00                  8,595.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 08/26/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 07 B 11655 TERRY L STEPPES